IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENEGEE E. FORD,<br><br>    Plaintiff,<br><br>v.<br><br>LIGHT HORSE POLICE DEPARTMENT et al.,<br><br>    Defendant. | Case No. 23-CV-86-JFH-GLJ |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gerald L. Jackson. Dkt. No. 23. The Magistrate Judge recommends that the Motion to Dismiss filed by Defendant Light Horse Police Department [Dkt. No. 15] be GRANTED.

Neither party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court.

IT IS THEREFORE ORDERED that:

(1) Defendant Light Horse Police Department's Motion to Dismiss [Dkt. No. 15] is GRANTED.

(2) The claims against Defendant Light Horse Police Department are dismissed without prejudice.

(3) Plaintiff may file an amended complaint, to cure the deficiencies identified in the Report and Recommendation as to Defendant Police Officer #1 only, no later than July 17, 2023. Failure to do so will result in dismissal of the case.

IT IS SO ORDERED this 27th day of June 2023.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE